### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VICKESH PATEL, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>(1) BLUE CROSS BLUE SHIELD OF )<br>OKLAHOMA, A DIVISION OF HEALTH )<br>CARE SERVICE CORPORATION, A )<br>MUTUAL LEGAL RESERVE COMPANY, AN )<br>INDEPENDENT LICENSEE OF THE BLUE )<br>CROSS AND BLUE SHIELD ASSOCIATION, )<br>)<br>  Defendant. ) | Case No. 14-CV-553-JED-FHM |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant, pursuant to F.R.C.P. 41(a)(1)(A)(ii), jointly stipulate herein to the dismissal without prejudice of the above captioned matter, with each party responsible for its own attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Donald E. Smolen, II | /s/ Timothy A. Carney |
| *(signed & filed by Defendant's Attorney with permission of Plaintiff's Attorney)* | Timothy A. Carney, OBA # 11784 |
| Donald E. Smolen, II | GABLE GOTWALS |
| Laura M. Lauth | 100 West Fifth Street, Suite 1100 |
| Jack Beasley | Tulsa, Oklahoma 74103-4217 |
| Smolen, Smolen & Roytman | (918) 595-4800 (telephone) |
| 701 South Cincinnati Avenue | (918) 595-4990 (facsimile) |
| Tulsa, Oklahoma 74119 | ***Attorneys for Defendant*** |
| donaldsmolen@ssrok.com | |
| lauralauth@ssrok.com | |
| jackbeesley@ssrok.com | |
| ***Attorneys for Plaintiff*** | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of January 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

donaldsmolen@ssrok.com
lauralauth@ssrok.com
jackbeesley@ssrok.com

*Attorneys for Plaintiff*

                                    /s/Timothy A. Carney
                                    Timothy A. Carney